3

United States District Court
Southern District of Texas
FILED

MAY 0 2 2002

Michael N. Milby
Clerk of Court

## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF TEXAS
## BROWNSVILLE DIVISION

RAMONA BARRERA AND DAVID     *
BARRERA     *
    *
VS.     *     CIVIL ACTION NO. B-02-080
    *     JURY DEMANDED
    *
BROWNSVILLE-VALLEY REGIONAL     *
MEDICAL CENTER; COLUMBIA VALLEY   *
HEALTHCARE SYSTEM, L.P.; VALLEY     *
REGIONAL MEDICAL CENTER; HCA,     *
INC., RICHARD L. FREMAUX, M.D.; AND   *
FRANCIS M.. GUMBEL, M.D.     *

### DEFENDANTS BROWNSVILLE-VALLEY REGIONAL MEDICAL CENTER, COLUMBIA VALLEY HEALTHCARE SYSTEM, L.P. AND VALLEY REGIONAL MEDICAL CENTER'S DISCLOSURE OF INTERESTED PARTIES

TO THE HONORABLE UNITED STATES DISTRICT COURT:

    Defendant Brownsville-Valley Regional Medical Center, Columbia Valley Healthcare

System, L.P. and Valley Regional Medical Center and file this their Disclosures of Interested Parties.

Respectfully submitted,

By: _William Gault_
    William Gault

Attorney in Charge
Federal ID No. 14685
State Bar No. 07765050
1325 Palm Blvd., Suite A
Brownsville, Texas 78520
(956) 544-7110
(956) 544-0607 Telecopier

Of Counsel:

BRIN & BRIN, P.C.
1325 Palm Blvd., Suite A
Brownsville, Texas 78520
(956) 544-7110
(956) 544-0607 Telecopier

ATTORNEYS FOR DEFENDANTS
BROWNSVILLE-VALLEY REGIONAL
MEDICAL CENTER, COLUMBIA VALLEY
HEALTHCARE   SYSTEM,   L.P.   AND
VALLEY REGIONAL MEDICAL CENTER

## <u>CERTIFICATE OF SERVICE</u>

    This is to certify that the above and foregoing instrument has been forwarded to counsel as indicated below on this the _1ST_ day of May, 2002.

Mr. Timothy Riley                   **VIA CM/RRR # 7000 0520 0022 1414 5285**
Riley Law Firm
PO Box 542179
Houston, Texas 77254

Mr. James V. Pianelli              **VIA REGULAR MAIL**
Mr. Jack E. McGehee
McGehee & Pianelli, L.L.P.
1225 N. Loop West, Suite 810
Houston, Texas 77008

Ms. Carla Saenz                   **VIA REGULAR MAIL**
Carla Saenz & Associates
1325 Palm Blvd., Suite H
Brownsville, Texas 78520

Mr. J. Kevin Oncken             **VIA REGULAR MAIL**
Uzick & Oncken, P.C.
Fountainhead One Building
8200 IH-10 West, Suite 208
San Antonio, Texas 78230

_____
William Gault

## DEFENDANTS BROWNSVILLE-VALLEY REGIONAL MEDICAL CENTER, COLUMBIA VALLEY HEALTHCARE SYSTEM, L.P. AND VALLEY REGIONAL MEDICAL CENTER'S DISCLOSURE OF INTERESTED PARTIES

The name and, if known, the address and telephone number of each interested party to this lawsuit:

**RESPONSE:**   Ramona Barrera and David Barrera, 244 Emerald Lane, Brownsville, Texas, 78520, (956) 541-7126.

Dr. Francis M. Gumbel, M.D., 645 Villa Maria Blvd., Ste. A, Brownsville, Texas, 78520, (956) 546-4234.

Dr. Richard L. Fremaux, M.D., P.O. Box 3069, Brownsville, Texas, 78523, (956) 544-0056.

Columbia Valley Healthcare System, L.P. d/b/a Valley Regional Medical Center, 100 A Alton Gloor Boulevard, Brownsville, Texas 78520, (956) 350-7000.

HCA Inc., One Park Plaza, P.O. Box 550, Nashville, TN, 37202-0550.