United States District Court
Southern District of Texas
FILED

MAY 0 6 2002

Michael N. Milby
Clerk of Court

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

RAMONA BARRERA and §
DAVID BARRERA §
§
vs. § CASE NUMBER B-02-080
§
BROWNSVILLE-VALLEY §
REGIONAL MEDICAL §
CENTER, ET AL. § JURY REQUESTED

## CERTIFICATE OF INTERESTED PERSONS

Plaintiffs Ramona Barrera and David Barrera file the following certificate of interested persons, as required by the Court's order of April 22, 2002.

To the knowledge of plaintiffs and their counsel, the following persons and entities have or may have a financial interest in the outcome of this litigation:

| Name | Relationship to Case |
|---|---|
| Barrera, Ramona | Party Plaintiff |
| Barrera, David | Party Plaintiff |
| Gumbel, Dr. Francis M. | Party Defendant |
| Fremaux, Dr. Richard L. | Party Defendant |
| Columbia Valley Healthcare System, L.P. d/b/a Valley Regional Medical Center | Party Defendant |
| Brownsville-Valley Regional Medical Center | Party Defendant |
| HCA, Inc. | Party Defendant |
| Timothy D. Riley | Counsel for plaintiffs (contingent interest) |
| Carlos Cisneros | Counsel for plaintiffs (contingent interest) |
| Charles Mattingly | Counsel for plaintiffs (contingent interest) |

| Jack E. McGehee | Counsel for plaintiffs (contingent interest) |
|---|---|
| James V. Pianelli | Counsel for plaintiffs (contingent interest) |

Respectfully submitted,

*Tim D. Riley w/Permission*
Timothy D. Riley
Attorney-in-Charge
Federal Admissions No. 521
State Bar No. 16931300

Of Counsel:

**RILEY LAW FIRM**

P. O. Box 542179
Houston, Texas 77254-2179
Telephone (713) 868-1717
Telecopier (713) 868-9393

-2-

## Certificate of Service

This is to certify that a copy of this document was served on the following known counsel for parties to this cause, by telecopier, on May 6, 2002:

Carla M. Saenz
CARLA M. SAENZ & ASSOCIATES
1325 Palm Boulevard, Suite H
Brownsville, Texas 78520-7239

*Via Fax 956.541.2864*

William R. Gault
BRIN & BRIN, P.C.
1325 Palm Boulevard, Suite A
Brownsville, Texas 78520-7268

*Via Fax 956.544.0607*

J. Kevin Oncken
UZICK & ONCKEN, P.C.
8200 I-10 West, Suite 208
San Antonio, Texas 78230

*Via Fax 210.341.1570*

Carlos Cisneros
Chuck Mattingly
CISNEROS & MATTINGLY
845 E. Harrison, Suite A
Brownsville, Texas 78520-7153

*Via Fax 956.504.5988*

_____
Timothy D. Riley