S

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

MAY 0 8 2002

Michael N. Milby
Clerk of Court

| | | |
|---|---|---|
| RAMONA BARRERA AND DAVID BARRERA | § § § | |
| vs. | § § | CIVIL ACTION NO. B-02-080 |
| BROWNSVILLE-VALLEY REGIONAL MEDICAL CENTER; COLUMBIA VALLEY HEALTHCARE SYSTEM, L.P.; VALLEY REGIONAL MEDICAL CENTER; HCA, INC., RICHARD L. FREMAUX, M.D.; AND FRANCIS M. GUMBEL, M.D. | § § § § § § § § § | JURY |

**DEFENDANT FRANCIS M. GUMBEL, M.D.'S
DISCLOSURE OF INTERESTED PARTIES**

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW, FRANCIS M. GUMBEL, M.D., Defendant in the above-styled and numbered cause and file this his Disclosure of Interested Parties, and in support hereof would show this Honorable Court as follows:

**Plaintiffs:**
RAMONA BARRERA
255 Fairfax
Brownsville, Texas 78520
Tel. No. (956) 541-7126

DAVID BARRERA
255 Fairfax
Brownsville, Texas 78520
Tel. No. (956) 541-7126

**Plaintiffs' Counsel:**
Mr. Timothy D. Riley
**Riley Law Firm**
P.O. Box 542179
Houston, Texas 77254-2179
Tel. No. (713) 868-1717
Fax No. (713) 868-9393
State Bar No. 16931300

Mr. Jack E. McGehee
Mr. James V. Pianelli
**McGehee & Pianelli, L.L.P.**
1225 N. Loop West, Suite 810
Houston, Texas 77008
Tel. No. (713) 864-4000
Fax No. (713 868-9393

**Defendant:**
BROWNSVILLE-VALLEY REGIONAL
MEDICAL CENTER HOSPITAL, COLUMBIA
VALLEY HEALTHCARE SYSTEM, L.P.,
VALLEY REGIONAL MEDICAL CENTER
Registered Agent: C.T. Corporation System
350 N. St. Paul
Dallas, Texas 75201
Tel. No.: Unknown

**Defendant's Counsel:**
Mr. William Gault
**Brin & Brin, P.C.**
1325 Palm Blvd., Suite A
Brownsville, Texas 78520
Tel. No. (956) 544-7110
Fax No. (956) 544-0607
State Bar No. 07765050
Federal I.D. No. 14685

**Defendant:**
RICHARD L. FREMAUX, M.D.
100 A Alton Gloor
Brownsville, Texas 78521
Tel. No. : Unknown

**Defendant's Counsel:**
Mr. J. Kevin Oncken
**Uzick & Oncken, P.C.**
Fountainhead One Building
8200 IH-10 West, Suite 208
San Antonio, Texas 78230
Tel. No. (210) 341-7703
Fax No. (210) 341-1570
State Bar No.
Federal I.D. No. 12915


**Defendant:**
FRANCIS M. GUMBEL, M.D.
645 Villa Maria Blvd.
Brownsville, Texas 78520
Tel. No. (956) 546-4234

**Defendant's Counsel:**
Carla M. Saenz
**Carla M. Saenz & Associates, P.L.L.C.**
1325 Palm Blvd., Suite H
Brownsville, TX 78520
Tel. No. (956) 541-2862
Fax No. (956) 541-2864
State Bar No. 17514595
Federal I.D. No. 7994

Defendant agrees to amend this Disclosure of Interested Parties upon further discovery.

Respectfully Submitted this the 7th day of May, 2002.

Carla M. Saenz
**CARLA M. SAENZ & ASSOCIATES, P.L.L.C.**
1325 Palm Blvd., Suite H
Brownsville, TX 78520
(956) 541-2862
(956) 541-2864 fax

BY: _Carla M. Saenz_
     CARLA M. SAENZ
     Texas Bar No. 17514595
     Federal Id. No. 7994

*Attorneys for Defendant*
*Francis M. Gumbel, M.D.*

## CERTIFICATE OF SERVICE

**I CERTIFY** that a true and correct copy of the above and foregoing document has been sent on this 7th day of May, 2002, to all counsel of record, to wit:

                          *Via Facsimile Transmittal*

Mr. Timothy D. Riley
**Riley Law Firm**
P.O. Box 542179
Houston, Texas 77254-2179

Mr. Jack E. McGehee      *Via Facsimile Transmittal*
Mr. James V. Pianelli
**McGehee & Pianelli, L.L.P.**
1225 N. Loop West, Suite 810
Houston, Texas 77008

*Attorneys for Plaintiffs*

Mr. William Gault      *Via Facsimile Transmittal*
**Brin & Brin, P.C.**
1325 Palm Blvd., Suite A
Brownsville, Texas 78520

*Attorney for Defendant*
*Brownsville-Valley Regional Medical Center;*
*Columbia Valley Healthcare System, L.P.;*
*Valley Regional Medical Center; HCA Inc.*

Mr. J. Kevin Oncken      *Via Facsimile Transmittal*
**Uzick & Oncken, P.C.**
Fountainhead One Building
8200 IH-10 West, Suite 208
San Antonio, Texas 78230

*Attorneys for Defendant*
*Richard L. Fremaux, M.D.*

                                              _____
                                              CARLA M. SAENZ