United States District Court
Southern District of Texas
FILED

MAY 0 9 2002

Michael N. Milby
Clerk of Court

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| RAMONA BARRERA AND <br> DAVID BARRERA | ' | |
| v. | ' | CIVIL ACTION NO. CV-B-02-080 |
| BROWNSVILLE-VALLEY REGIONAL MEDICAL CENTER; COLUMBIA VALLEY HEALTHCARE SYSTEM, L.P.; VALLEY REGIONAL MEDICAL CENTER; HCA, INC., RICHARD L. FREMAUX, M.D.; AND FRANCIS M. GUMBEL, M.D. | ' | |

### DEFENDANT, RICHARD L. FREMAUX, M.D.'S NOTICE OF ENTITIES WITH A FINANCIAL INTEREST

TO THE HONORABLE UNITED STATES DISTRICT COURT:

Defendant, RICHARD L. FREMAUX, M.D., files this his Notice of Entities With a Financial Interest, and would show the following:

I.

As ordered by this Court, Defendant RICHARD L. FREMAUX, M.D., lists the following entities which may have a financial interest in this litigation:

1. Coastal Radiology Consultants, P.A.

2. Richard L. Fremaux, M.D.

3. The MIIX Group of Companies

4. Lawrenceville Property and Casualty Company

PREMISES CONSIDERED, Defendant, RICHARD L. FREMAUX, M.D., prays that the Court take notice of this filing, and that he be awarded such further relief to which he may show himself justly entitled.

Respectfully submitted,

**UZICK & ONCKEN, P.C.**

By: _____
J. Kevin Oncken
State Bar No. 15280050
Federal No. 12915 (Pending application for Re-Admission)

Fountainhead One Building
8200 IH-10 West, Suite 208
San Antonio, Texas 78230
(210) 341-7703
(210) 341-1570 facsimile
**ATTORNEYS FOR DEFENDANT,
RICHARD L. FREMAUX, M.D.**

## CERTIFICATE OF SERVICE

This is to certify that a copy of the foregoing document has been sent in accordance with the Texas Rules of Civil Procedure to the following parties on the 6th of May 2002:

Timothy D. Riley
Riley Law Firm
PO Box 542179
Houston, Texas 77254-2179

William (Bill) Gault
Brin & Brin, P.C.
1205 N. Expressway 83
Brownsville, Texas 78520

Carla Saenz & Associates, P.L.L.C.
1325 Palm Blvd., Suite H
Brownsville, TX 78520

_____
J. Kevin Oncken