United States District Court
Southern District of Texas
FILED

MAY 0 9 2002

Michael N. Milby
Clerk of Court

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| RAMONA BARRERA and<br>DAVID BARRERA<br>    Plaintiffs, | §<br>§<br>§<br>§ | |
| vs. | § | CIVIL ACTION NO. B-02-080 |
| | § | |
| BROWNSVILLE VALLEY REGIONAL<br>MEDICAL CENTER; COLUMBIA<br>VALLEY HEALTHCARE SYSTEM, L.P.;<br>VALLEY REGIONAL MEDICAL<br>CENTER; HCA, INC., RICHARD L.<br>FREMAUX, M.D., and FRANCIS M.<br>GUMBEL, M.D.<br>    Defendants | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | |

## HCA INC.'S ORIGINAL ANSWER

COMES NOW, HCA Inc. incorrectly identified as HCA, Inc., defendant herein, and files its answer to Plaintiffs' Original Petition as follows:

1. Paragraph 1 of Plaintiffs' petition requires no response from this defendant.

2. Paragraph 2 of Plaintiffs' petition requires no response from this defendant.

3. HCA is without sufficient knowledge to admit or deny the allegations of paragraph 3 of Plaintiffs' petition, which are therefore denied.

4. HCA is without sufficient knowledge to admit or deny the allegations of paragraph 3 of Plaintiffs' petition, which are therefore denied.

5. HCA admits that Brownsville-Valley Regional Medical Center, Inc. ("**Brownsville-Valley**") is a Texas Corporation. HCA is without sufficient knowledge to admit or deny the remaining allegations of paragraph 5 of Plaintiffs' petition, which are therefore denied.

6. HCA admits that Columbia Valley Healthcare System, L.P. ("**Valley Healthcare**") is a foreign limited partnership. HCA is without sufficient knowledge to admit or deny the

remaining allegations of paragraph 6 of Plaintiffs' petition, which are therefore denied.

7. HCA admits that HCA Inc. is a foreign corporation, and is the indirect parent corporation of the entity that runs Valley Regional Medical Center.

8. HCA admits that Valley Regional Medical Center is an assumed name for Valley Healthcare. HCA is without sufficient knowledge to admit or deny the remaining allegations of paragraph 8 of Plaintiffs' petition, which are therefore denied.

9. HCA is without sufficient knowledge to admit or deny the allegations of paragraph 9 of Plaintiffs' petition, which are therefore denied.

10. HCA is without sufficient knowledge to admit or deny the allegations of paragraph 9 of Plaintiffs' petition, which are therefore denied.

11. HCA is without sufficient knowledge to admit or deny the allegations of paragraph 9 of Plaintiffs' petition, which are therefore denied.

12. HCA is without sufficient knowledge to admit or deny the allegations of paragraph 9 of Plaintiffs' petition, which are therefore denied.

13. Paragraph 13 of Plaintiffs' petition requires no response from this defendant. To the extent a response is required, the allegations of paragraph 13 are denied.

14. HCA is without sufficient knowledge to admit or deny the allegations of paragraph 14 of Plaintiffs' petition, which are therefore denied.

15. HCA is without sufficient knowledge to admit or deny the allegations of paragraph 9 of Plaintiffs' petition, which are therefore denied.

16. HCA is without sufficient knowledge to admit or deny the allegations of paragraph 16 of Plaintiffs' petition, which are therefore denied.

17. HCA is without sufficient knowledge to admit or deny the allegations of paragraph 17 of

Plaintiffs' petition, which are therefore denied.

18. HCA is without sufficient knowledge to admit or deny the allegations of paragraph 18 of Plaintiffs' petition, which are therefore denied.

19. HCA is without sufficient knowledge to admit or deny the allegations of paragraph 19 of Plaintiffs' petition, which are therefore denied.

20. HCA is without sufficient knowledge to admit or deny the allegations of paragraph 20 of Plaintiffs' petition, which are therefore denied.

21. HCA is without sufficient knowledge to admit or deny the allegations of paragraph 21 of Plaintiffs' petition, which are therefore denied.

22. HCA is without sufficient knowledge to admit or deny the allegations of paragraph 22 of Plaintiffs' petition, which are therefore denied.

23. HCA is without sufficient knowledge to admit or deny the allegations of paragraph 23 of Plaintiffs' petition, which are therefore denied.

24. HCA is without sufficient knowledge to admit or deny the allegations of paragraph 24 of Plaintiffs' petition, which are therefore denied.

25. HCA is without sufficient knowledge to admit or deny the allegations of paragraph 25 of Plaintiffs' petition, which are therefore denied.

26. HCA is without sufficient knowledge to admit or deny the allegations of paragraph 26 of Plaintiffs' petition, which are therefore denied.

27. HCA is without sufficient knowledge to admit or deny the allegations of paragraph 27 of Plaintiffs' petition, which are therefore denied.

28. HCA is without sufficient knowledge to admit or deny the allegations of paragraph 28 of Plaintiffs' petition, which are therefore denied.

29. HCA is without sufficient knowledge to admit or deny the allegations of paragraph 29 of Plaintiffs' petition, which are therefore denied.

30. HCA is without sufficient knowledge to admit or deny the allegations of paragraph 30 of Plaintiffs' petition, which are therefore denied.

31. HCA is without sufficient knowledge to admit or deny the allegations of paragraph 31 of Plaintiffs' petition, which are therefore denied.

32. HCA denies the allegations of paragraph 32 of Plaintiffs' petition as they pertain to HCA. HCA is without sufficient knowledge to admit or deny the allegations of paragraph 32 of Plaintiffs' petition with respect to any other defendants, which are therefore denied.

33. HCA denies the allegations of paragraph 33 of Plaintiffs' petition as they pertain to HCA. HCA is without sufficient knowledge to admit or deny the allegations of paragraph 33 of Plaintiffs' petition with respect to any other defendants, which are therefore denied.

34. HCA denies the allegations of paragraph 34 of Plaintiffs' petition as they pertain to HCA. HCA is without sufficient knowledge to admit or deny the allegations of paragraph 34 of Plaintiffs' petition with respect to any other defendants, which are therefore denied.

35. HCA denies the allegations of paragraph 35 of Plaintiffs' petition as they pertain to HCA. HCA is without sufficient knowledge to admit or deny the allegations of paragraph 35 of Plaintiffs' petition with respect to any other defendants, which are therefore denied.

36. HCA denies the allegations of paragraph 36 of Plaintiffs' petition as they pertain to HCA. HCA is without sufficient knowledge to admit or deny the allegations of paragraph 36 of Plaintiffs' petition with respect to any other defendants, which are therefore denied.

37. HCA denies the allegations of paragraph 37 of Plaintiffs' petition as they pertain to HCA. HCA is without sufficient knowledge to admit or deny the allegations of paragraph 37 of

Plaintiffs' petition with respect to any other defendants, which are therefore denied.

38. HCA denies the allegations of paragraph 38 of Plaintiffs' petition as they pertain to HCA. HCA is without sufficient knowledge to admit or deny the allegations of paragraph 38 of Plaintiffs' petition with respect to any other defendants, which are therefore denied.

39. To the extent a response is required, HCA denies the allegations of paragraph 39 of Plaintiffs' petition as they pertain to HCA. HCA is without sufficient knowledge to admit or deny the allegations of paragraph 39 of Plaintiffs' petition with respect to any other defendants, which are therefore denied.

40. To the extent a response is required, HCA denies the allegations of paragraph 40 of Plaintiffs' petition as they pertain to HCA. HCA is without sufficient knowledge to admit or deny the allegations of paragraph 40 of Plaintiffs' petition with respect to any other defendants, which are therefore denied.

41. HCA denies the allegations of paragraph 41 of Plaintiffs' petition as they pertain to HCA. HCA is without sufficient knowledge to admit or deny the allegations of paragraph 41 of Plaintiffs' petition with respect to any other defendants, which are therefore denied.

42. To the extent a response is required, HCA denies the allegations of paragraph 42 of Plaintiffs' petition as they pertain to HCA. HCA is without sufficient knowledge to admit or deny the allegations of paragraph 42 of Plaintiffs' petition with respect to any other defendants, which are therefore denied.

43. To the extent a response is required, HCA denies the allegations of paragraph 43 of Plaintiffs' petition as they pertain to HCA. HCA is without sufficient knowledge to admit or deny the allegations of paragraph 43 of Plaintiffs' petition with respect to any other defendants, which are therefore denied.

44. To the extent a response is required, HCA denies the allegations of paragraph 44 of Plaintiffs' petition as they pertain to HCA. HCA is without sufficient knowledge to admit or deny the allegations of paragraph 44 of Plaintiffs' petition with respect to any other defendants, which are therefore denied.

45. To the extent a response is required, HCA denies the allegations of paragraph 45 of Plaintiffs' petition as they pertain to HCA. HCA is without sufficient knowledge to admit or deny the allegations of paragraph 45 of Plaintiffs' petition with respect to any other defendants, which are therefore denied.

46. To the extent a response is required, HCA denies the allegations of paragraph 46 of Plaintiffs' petition as they pertain to HCA or imply that Medicare rules or regulations establish the standard of care. HCA is without sufficient knowledge to admit or deny the allegations of paragraph 46 of Plaintiffs' petition with respect to any other defendants, which are therefore denied.

47. HCA denies the allegations of paragraph 47 of Plaintiffs' petition as they pertain to HCA. HCA is without sufficient knowledge to admit or deny the allegations of paragraph 47 of Plaintiffs' petition with respect to any other defendants, which are therefore denied.

48. HCA denies the allegations of paragraph 48 of Plaintiffs' petition as they pertain to HCA. HCA is without sufficient knowledge to admit or deny the allegations of paragraph 48 of Plaintiffs' petition with respect to any other defendants, which are therefore denied.

49. HCA denies the allegations of paragraph 49 of Plaintiffs' petition as they pertain to HCA. HCA is without sufficient knowledge to admit or deny the allegations of paragraph 49 of Plaintiffs' petition with respect to any other defendants, which are therefore denied.

50. HCA denies the allegations of paragraph 50 of Plaintiffs' petition as they pertain to HCA.

HCA is without sufficient knowledge to admit or deny the allegations of paragraph 50 of Plaintiffs' petition with respect to any other defendants, which are therefore denied.

51. Paragraph 51 of Plaintiffs' petition requires no response from this defendant.

52. Paragraph 52 of Plaintiffs' petition requires no response from this defendant.

53. To the extent a response is required, HCA denies the allegations of paragraph 53 of Plaintiffs' petition as they pertain to HCA.

54. To the extent any allegations have not been specifically admitted above, they are denied.

**Affirmative Defenses**

55. Plaintiffs have failed to state a cause of action against HCA upon which relief can be granted.

56. HCA is not liable in the capacity in which it has been sued.

57. HCA denies that it is liable to Plaintiffs, however, in the unlikely event HCA is found liable, HCA invokes any and all statutes, state or federal, which would limit the dollar amount of recovery to Plaintiffs, including, but not limited to Tex.Rev.Civ.Stat. Art. 4590i and Chapter 41 of the Texas Civil Practice and Remedies Code.

58. HCA denies that it is liable to Plaintiffs, however, in the unlikely event HCA is found liable, HCA requests that the fact finder apportion fault among all persons contributing to any alleged damages, whether joined in this lawsuit or not, in accordance with Chapter 33 of the Texas Civil Practice and Remedies Code.

59. HCA denies that it is liable to Plaintiffs for punitive or exemplary damages, however, in the unlikely event HCA is found liable for punitive or exemplary damages, imposition of such damages violates HCA's rights under the United States and Texas Constitutions.

WHEREFORE, HCA prays that the Court dismiss Plaintiffs' claims against HCA without day, enter judgment in favor of this Defendant and against Plaintiff, together with costs, attorneys'

fees and such other and further relief as the Court may deem appropriate.

                                    Respectfully submitted,

Carlos A. Mattioli
Tex. Bar No.: 00789474
Fed. I.D. No.:20122
2400 Two Houston Center
909 Fannin Street
(713) 646-5500
(713) 752-0337 Telecopier

Of Counsel:

George A. Shannon, Jr.
Tex. Bar No.: 18106000
Fed. I.D. No.:7740

Shannon, Martin, Finkelstein & Sayre, P.C.
Two Houston Center
909 Fannin Street
Houston, Texas 77010
Phone: (713) 646-5500
Telecopier: (713) 752-0337

ATTORNEYS FOR HCA INC.

### CERTIFICATE OF SERVICE

I hereby certify that on this the 9th day of May, 2002, a true and correct copy of the foregoing document has been delivered via certified mail, return receipt requested to the following:

Timothy D. Riley
RILEY LAW FIRM
P.O.Box 542179
Houston, Texas 77254-2179
*Attorney for Plaintiffs*

James V. Pianelli
Jack E. McGehee
MCGEHEE & PIANELLI, L.L.P.
1225 N. Loop West, Suite 810

Houston, Texas 77008
*Attorneys for Plaintiff*

Carla Saenz
CARLA SAENZ & ASSOCIATES
1325 Palm Blvd., Suite H
Brownsville, Texas 78520
*Attorney for Dr. Gumbel*

Kevin Oncken
UZICK & ONCKEN, P.C.
8200 I-10 West, Suite 208
San Antonio, Texas 78230
*Attorney for Dr. Fremaux*

William Gault
BRIN & BRIN, P.C.
1325 Palm Blvd., Suite A
Brownsville, Texas 78520
*Attorney for Columbia Valley Healthcare System, L.P. and Brownsville-Valley Regional Medical Center, Inc.*

_____
Carlos A. Mattioli