9

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

MAY 0 9 2002

Michael N. Milby
Clerk of Court

| | | |
|---|---|---|
| RAMONA BARRERA and DAVID BARRERA<br>    Plaintiffs,<br><br>vs.<br><br>BROWNSVILLE VALLEY REGIONAL MEDICAL CENTER; COLUMBIA VALLEY HEALTHCARE SYSTEM, L.P.; VALLEY REGIONAL MEDICAL CENTER; HCA, INC., RICHARD L. FREMAUX, M.D., and FRANCIS M. GUMBEL, M.D.<br>    Defendants | § § § § § § § § § § § § § § | CIVIL ACTION NO. B-02-080 |

### HCA INC.'S CONSENT TO REMOVAL

HCA Inc., incorrectly identified as HCA, Inc., defendant herein, consents to removal of this case to the United States District Court for the Southern District of Texas.

Respectfully submitted,

Carlos A. Mattioli
Tex. Bar No.: 00789474
Fed. I.D. No.:20122
2400 Two Houston Center
909 Fannin Street
(713) 646-5500
(713) 752-0337 Telecopier

Of Counsel:

George A. Shannon, Jr.
Tex. Bar No.: 18106000
Fed. I.D. No.:7740

Shannon, Martin, Finkelstein & Sayre, P.C.
Two Houston Center
909 Fannin Street

Houston, Texas 77010
Phone: (713) 646-5500
Telecopier: (713) 752-0337

ATTORNEYS FOR HCA INC.

## CERTIFICATE OF SERVICE

I hereby certify that on this the ___9th___ day of ___May___, 2002, a true and correct copy of the foregoing document has been delivered via certified mail, return receipt requested to the following:

Timothy D. Riley
RILEY LAW FIRM
P.O.Box 542179
Houston, Texas 77254-2179
*Attorney for Plaintiffs*

James V. Pianelli
Jack E. McGehee
MCGEHEE & PIANELLI, L.L.P.
1225 N. Loop West, Suite 810
Houston, Texas 77008
*Attorneys for Plaintiff*

Carla Saenz
CARLA SAENZ & ASSOCIATES
1325 Palm Blvd., Suite H
Brownsville, Texas 78520
*Attorney for Dr. Gumbel*

Kevin Oncken
UZICK & ONCKEN, P.C.
8200 I-10 West, Suite 208
San Antonio, Texas 78230
*Attorney for Dr. Fremaux*

William Gault
BRIN & BRIN, P.C.
1325 Palm Blvd., Suite A
Brownsville, Texas 78520
*Attorney for Columbia Valley Healthcare System, L.P. and Brownsville-Valley Regional Medical Center, Inc.*

Carlos A. Mattioli