/0

United States District Court
Southern District of Texas
FILED

MAY 1 3 2002

Michael N. Milby
Clerk of Court

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | |
|---|---|
| RAMONA BARRERA AND DAVID BARRETA | |
| V. | CIVIL ACTION NO. CV-B-02-080 |
| BROWNSVILLE-VALLEY REGIONAL MEDICAL CENTER, ET AL. | |

### J. KEVIN ONCKEN'S MOTION PRO HAC VICE

TO THE HONORABLE JUDGE OF SAID COURT:

Comes now, J. Kevin Oncken, Attorney at Law, Texas State Bar Number 15280050, pursuant to Local Rule 83.1K for the United States District Court - Southern District of Texas, and moves the Court to permit him to appear Pro Hac Vice to represent and to act as the attorney in charge for Defendant, Richard L. Fremaux in this action. In support thereof, J. Kevin Oncken respectfully shows the Court as follows:

I.

I am a member in good standing of the State Bar of Texas. I was admitted to the bar for the United States District Court, Southern District of Texas on April 26, 1991. This license lapsed in 2001.

II.

I have not been the subject of any disciplinary action by the Bar or Courts of any jurisdiction in which I am licensed.

III.

I have not been denied admission to the Courts of any State or to any Federal Court to which I have applied.

1

IV.

I have been licensed by the State of Texas to practice law since the 15th day of May, 1987. I have read and am familiar with the Local Rules of the United States District Court for the Southern District of Texas and I will abide by and comply with those Rules in connection with my representation in this case.

V.

I have read and will certainly abide by the Rules of Discipline as contained in APPENDIX A for the United States District Court, Southern District of Texas.

WHEREFORE, PREMISES CONSIDERED, Attorney, J. Kevin Oncken, respectfully prays that the Court grant this Motion allowing him to appear Pro Hac Vice in this action.

Respectfully submitted,

**UZICK & ONCKEN, P.C.**

BY: _/s/ Kevin Oncken_

J. KEVIN ONCKEN
STATE BAR NO. 15280050

8200 I-10 West, Suite 208
San Antonio, Texas 78230
210/ 341-7703
210/ 341-1570 FAX

ATTORNEY FOR DEFENDANT,
Richard L. Fremaux

## CERTIFICATE OF SERVICE

This is to certify that a copy of the foregoing document has been sent in accordance with the Texas Rules of Civil Procedure to the following parties on the 6th of May 2002:

Timothy D. Riley
Riley Law Firm
PO Box 542179
Houston, Texas 77254-2179

William (Bill) Gault
Brin & Brin, P.C.
1205 N. Expressway 83
Brownsville, Texas 78520

Carla Saenz & Associates, P.L.L.C.
1325 Palm Blvd., Suite H
Brownsville, TX 78520

J. Kevin Oncken