//

United States District Court
Southern District of Texas
FILED

MAY 1 3 2002

Michael N. Milby
Clerk of Court

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| RAMONA BARRERA AND<br>DAVID BARRERA | ' | |
| | ' | |
| v. | ' | CIVIL ACTION NO. CV-B-02-080 |
| | ' | |
| BROWNSVILLE-VALLEY REGIONAL<br>MEDICAL CENTER; COLUMBIA VALLEY<br>HEALTHCARE SYSTEM, L.P.; VALLEY<br>REGIONAL MEDICAL CENTER; HCA,<br>INC., RICHARD L. FREMAUX, M.D.; AND<br>FRANCIS M. GUMBEL, M.D. | '<br>'<br>'<br>'<br>'<br>' | |

### DEFENDANT, RICHARD L. FREMAUX, M.D.'S 1st AMENDED NOTICE OF PERSONS AND ENTITIES WITH A FINANCIAL INTEREST

TO THE HONORABLE UNITED STATES DISTRICT COURT:

Defendant, RICHARD L. FREMAUX, M.D., files this his First Amended Notice of Persons

and Entities With a Financial Interest, and would show the following:

I.

As ordered by this Court, Defendant RICHARD L. FREMAUX, M.D., lists the following

persons and entities which may have a financial interest in this litigation:

1.   Coastal Radiology Consultants, P.A., P.O. Box 201178, Houston, TX  77216.

2.   Richard L. Fremaux, M.D., 100A Alton Gloor Blvd., Brownsville, TX 78526.

2.   The MIIX Group of Companies, Two Princess Road, Lawrenceville, NJ  08648.

3.   Lawrenceville Property and Casualty Company, Two Princess Road, Lawrenceville, NJ  08648

4.   David and Ramona Barrera – Plaintiffs, 255 Fairfax Street, Brownsville, TX  78520.

5.   Brownsville-Valley Regional Medical Center Hospital, Columbia Valley Healthcare System, L.P., Valley Regional Medical Center; Registered agent: C.T. Corporation, 350 N. St. Paul, Dallas, Texas 75201.

6.    Dr. Francis Gumbel, 645 Villa Maria Blvd., Brownsville, Texas  78520.

7.    HCA Inc., One Park Plaza, P.O. Box 550, Nashville Tenn., 37202

8.    All Counsel of Record for the Parties.

Timothy D. Riley, Riley Law Firm, PO Box 542179, Houston, Texas 77254-2179

James V. Pianelli, Jack E. McGehee, McGehee & Pianelli, LLP, 1225 N. Loop West, Suite 810, Houston, TX 77008

William (Bill) Gault, Brin & Brin, P.C., 1325 Palm Blvd. #A, Brownsville, Texas 78520

Carla Saenz, Carla Saenz & Associates, P.L.L.C., 1325 Palm Blvd., Suite H, Brownsville, TX  78520

J. Kevin Oncken, Uzick & Oncken, P.C., 8200 IH 10 West, Suite 208, San Antonio, TX 78230.


PREMISES CONSIDERED, Defendant, RICHARD L. FREMAUX, M.D., prays that the Court

take notice of this filing, and that he be awarded such further relief to which he may show himself

justly entitled.

Respectfully submitted,

**UZICK & ONCKEN, P.C.**

By: _____
J. Kevin Oncken
State Bar No. 15280050
Federal No. 12915 (Pending application for
Re-Admission)

Fountainhead One Building
8200 IH-10 West, Suite 208
San Antonio, Texas 78230
(210) 341-7703
(210) 341-1570 facsimile
**ATTORNEYS FOR DEFENDANT,
RICHARD L. FREMAUX, M.D.**

2

## CERTIFICATE OF SERVICE

This is to certify that a copy of the foregoing document has been sent in accordance with the Texas Rules of Civil Procedure to the following parties on the 8th of May 2002:

Timothy D. Riley
Riley Law Firm
PO Box 542179
Houston, Texas 77254-2179

William (Bill) Gault
Brin & Brin, P.C.
1205 N. Expressway 83
Brownsville, Texas 78520

Carla Saenz & Associates, P.L.L.C.
1325 Palm Blvd., Suite H
Brownsville, TX  78520

J. Kevin Oncken