United States District Court
Southern District of Texas
ENTERED

MAY 16 2002

Michael N. Milby, Clerk of Court
By Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

RAMONA BARRERA
AND DAVID BARRETA

V.

BROWNSVILLE-VALLEY REGIONAL
MEDICAL CENTER, ET AL.

CIVIL ACTION NO. CV-B-02-080

## ORDER GRANTING MOTION PRO HAC VICE

Be it remembered that on this the 15th day of May, 2002, came on for consideration the motion of J. Kevin Oncken to appear Pro Hac Vice in the above entitled and numbered cause on behalf of Defendant, Richard L. Fremaux. The Court, having considered the Motion, including the representations of counsel seeking to appear Pro Hac Vice, is of the opinion that the same should be granted.

It is therefore **ORDERED, ADJUDGED AND DECREED**, that Movant, J. Kevin Oncken, be permitted to appear Pro Hac Vice and represent Defendant, Richard L. Fremaux before this Court in the above entitled and numbered cause.

SIGNED this the 15th day of May, 2002.

_____
JUDGE PRESIDING

ORDER GRANTING MOTION PRO HAC VICE                                                      PAGE 1