/5

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**BROWNSVILLE DIVISION**

United States District Court
Southern District of Texas
FILED

MAY 3 1 2002

Michael N. Milby
Clerk of Court

| | |
|---|---|
| RAMONA BARRERA and | § |
| DAVID BARRERA | § |
|     Plaintiffs, | § |
| | § |
| vs. | § |
| | § |
| BROWNSVILLE VALLEY REGIONAL | § |
| MEDICAL CENTER; COLUMBIA | § |
| VALLEY HEALTHCARE SYSTEM, L.P.; | § |
| VALLEY REGIONAL MEDICAL | § |
| CENTER; HCA, INC., RICHARD L. | § |
| FREMAUX, M.D., and FRANCIS M. | § |
| GUMBEL, M.D. | § |
|     Defendants | § |

CIVIL ACTION NO. B-02-080

## HCA INC.'S LIST OF ENTITIES

HCA Inc. ("HCA") files the following list of entities that may have a financial interest in the outcome of this litigation:

1.    Columbia Valley Healthcare System, L.P. d/b/a Valley Regional Medical Center ("**Valley Regional**")

2.    HCA Inc., f/k/a HCA-The Healthcare Company (indirect parent company of Columbia Valley Healthcare System, L.P.)

The following information is based upon representations made by other parties:

3.    Richard L. Fremaux, M.D.

4.    Francis M. Gumbel, M.D.

5.    Ramona Barrera

6.    David Barrera

Respectfully submitted,

Carlos A. Mattioli
Tex. Bar No.: 00789474
Fed. I.D. No.:20122
2400 Two Houston Center
909 Fannin Street
(713) 646-5500
(713) 752-0337 Telecopier

Of Counsel:

George A. Shannon, Jr.
Tex. Bar No.:  18106000
Fed. I.D. No.:7740

Shannon, Martin, Finkelstein & Sayre, P.C.
Two Houston Center
909 Fannin Street
Houston, Texas 77010
Phone: (713) 646-5500
Telecopier: (713) 752-0337

ATTORNEYS FOR HCA INC.

## CERTIFICATE OF SERVICE

I hereby certify that on this the ___28th___ day of ___May___, 2002, a true and correct copy of the foregoing document has been delivered via certified mail, return receipt requested to the following:

Timothy D. Riley
RILEY LAW FIRM
P.O.Box 542179
Houston, Texas 77254-2179
*Attorney for Plaintiffs*

James V. Pianelli
Jack E. McGehee
MCGEHEE & PIANELLI, L.L.P.
1225 N. Loop West, Suite 810
Houston, Texas 77008
*Attorneys for Plaintiff*

Carla Saenz

CARLA SAENZ & ASSOCIATES
1325 Palm Blvd., Suite H
Brownsville, Texas 78520
*Attorney for Dr. Gumbel*

Kevin Oncken
UZICK & ONCKEN, P.C.
8200 I-10 West, Suite 208
San Antonio, Texas 78230
*Attorney for Dr. Fremaux*

William Gault
BRIN & BRIN, P.C.
1325 Palm Blvd., Suite A
Brownsville, Texas 78520
*Attorney for Columbia Valley Healthcare System, L.P. and
Brownsville-Valley Regional Medical Center, Inc.*

Carlos A. Mattioli