*19*

United States District Court
Southern District of Texas
FILED

JUL 0 8 2002

Michael N. Milby
Clerk of Court

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS
## BROWNSVILLE DIVISION

| | | |
|---|---|---|
| RAMONA BARRERA AND DAVID BARRERA | § § § | |
| vs. | § § | CIVIL ACTION NO. B-02-080 |
| BROWNSVILLE-VALLEY REGIONAL MEDICAL CENTER; COLUMBIA VALLEY HEALTHCARE SYSTEM, L.P.; VALLEY REGIONAL MEDICAL CENTER; HCA, INC., RICHARD L. FREMAUX, M.D.; AND FRANCIS M. GUMBEL, M.D. | § § § § § § § | JURY |

---

**DEFENDANT FRANCIS M. GUMBEL, M.D.'S
MOTION TO QUASH PLAINTIFFS' NOTICE TO TAKE ORAL DEPOSITION
OF DEFENDANT FRANCIS M. GUMBEL, M.D., WITH SUBPOENA DUCES TECUM
AND MOTION FOR PROTECTIVE ORDER**

---

**TO THE HONORABLE JUDGE OF SAID COURT:**

**NOW COMES FRANCIS M. GUMBEL, M.D.**, one of the Defendants in the above

entitled and numbered cause of action, and files this his Motion to Quash Plaintiffs' Notice of Oral

Deposition of Francis M. Gumbel, M.D., and Subpoena Duces Tecum and Motion For Protective

Order and for such Motion would show the following:

**I.**

This case is not currently set for trial.

**II.**

On July 1, 2002, Plaintiffs' counsel received, via facsimile, Plaintiffs' Notice to Take

Deposition of Francis M. Gumbel, M.D. A copy of said Notice is attached hereto as **Exhibit**

**"A."** Prior to receiving said notice Defendant's counsel was not contacted in order to confirm

the date of the deposition on said date.

### III.

Plaintiffs' counsel served Defendant's counsel with said notice of intent to take the oral deposition of Defendant Francis M. Gumbel, M.D., and the other Defendants named in this cause of action scheduled for Tuesday, July 16, 2002; Wednesday, July 17, 2002; and, Friday, July 19, 2002. On July 3, 2002, Defendant's counsel advised Plaintiffs' counsel that she would not be available July 16th, 17th, and 19th. Additionally, Defendant's counsel advised Plaintiffs' counsel that she would obtain other dates when Dr. Gumbel will be available. A copy of said correspondence is attached hereto as **Exhibit "B."** Defendant's counsel proposed to reset the depositions due to her unavailability. Instead, Plaintiffs' counsel proceeded with noticing said deposition on dates in which Defendant's counsel is unavailable.

### IV.

Defendant would also object to the subpoena duces tecum contained in Plaintiffs' Notice To Take Oral Deposition of Defendant, because Defendant was not provided with thirty (30) days in which to respond to this request for documents. Defendant further objects to the request for documents as being overly broad, unduly burdensome and harassing. Further, Defendant objects to the extent the request seeks documents that are not relevant nor likely to lead to the discovery of admissible evidence. Defendant further objects in that the documents requested invade the attorney-client and attorney work product privileges.

### V.

**WHEREFORE, PREMISES CONSIDERED**, Defendant prays that upon notice and hearing hereof, the Court order that Plaintiffs' **NOTICE TO TAKE DEPOSITION OF FRANCIS M. GUMBEL, M.D.,** be quashed as Defendant's counsel is unavailable on said date;

enter an order of protection for documents sought to be produced on July 17, 2002; and for all

such other and further relief, general and special, at law or in equity, to which Defendant may be

entitled.

Respectfully submitted,

**CARLA M. SAENZ & ASSOCIATES, P.L.L.P.**
1325 Palm Blvd., Suite H
Brownsville, TX 78520
(956) 541-2862 Telephone
(956) 541-2864 Facsimile

BY: _____
       CARLA M. SAENZ
       State Bar No. 17514595

       **ATTORNEYS FOR DEFENDANT,**
       **FRANCIS M. GUMBEL, M.D.**

## CERTIFICATE OF SERVICE

**I CERTIFY** that a true and correct copy of the above and foregoing document has been

sent on this ___8th___ day of July, 2002, to all counsel of record, to wit:

Mr. Timothy D. Riley                   ***Via CM/RRR 7000 0520 0024 6462 6374***
**Riley Law Firm**
P.O. Box 542179
Houston, TX 77254-2179
**ATTORNEYS FOR PLAINTIFFS**

Mr. William Gault                      ***Via Regular Mail***
**Brin & Brin, P.C.**
1325 Palm Blvd., Suite A
Brownsville, Texas 78520
**ATTORNEYS FOR DEFENDANT**
**BROWNSVILLE-VALLEY REGIONAL MEDICAL CENTER;**
**COLUMBIA VALLEY HEALTHCARE SYSTEM, L.P.;**
**VALLEY REGIONAL MEDICAL CENTER**

Mr. J. Kevin Oncken                    ***Via Regular Mail***
**Uzick & Oncken, P.C.**
Fountainhead One Building
8200 IH-10 West, Suite 208
San Antonio, Texas 78230
**ATTORNEYS FOR DEFENDANT**
**RICHARD L. FREMAUX, M.D.**

Mr. Carlos Mattioli                    ***Via Regular Mail***
**Shannon, Martin, Finkelstein & Sayre**
909 Fannin, Suite 2400
Houston, TX 77010-1026
**ATTORNEYS FOR DEFENDANT**
**HCA, INC.**

Mr. Scott Johnson                      ***Via Regular Mail***
**Johnson, Hanan, Heron & Trout, P.C.**
100 N. Broadway, Suite 2750
Oklahoma City, Oklahoma 73102

Carla M. Saenz
CARLA M. SAENZ

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS
## BROWNSVILLE DIVISION

| | | |
|---|---|---|
| **RAMONA BARRERA AND DAVID BARRERA** | § § § | |
| **vs.** | § § | **CIVIL ACTION NO. B-02-080** |
| **BROWNSVILLE-VALLEY REGIONAL MEDICAL CENTER; COLUMBIA VALLEY HEALTHCARE SYSTEM, L.P.; VALLEY REGIONAL MEDICAL CENTER; HCA, INC., RICHARD L. FREMAUX, M.D.; AND FRANCIS M. GUMBEL, M.D.** | § § § § § § § § | **JURY** |

---

### ORDER GRANTING

Came on to be heard Defendant's **MOTION TO QUASH PLAINTIFF'S NOTICE TO TAKE ORAL DEPOSITION OF DEFENDANT FRANCIS M. GUMBEL, M.D., AND MOTION FOR PROTECTIVE ORDER,** and the Court, having considered the Motion, is of the opinion that said Motion should be in all things **GRANTED.**

IT IS, THEREFORE, ORDERED, ADJUDGED and DECREED that **PLAINTIFFS' NOTICE TO TAKE ORAL DEPOSITION OF DEFENDANT FRANCIS M. GUMBEL, M.D.,** is hereby quashed and that the Court enter an Order protecting the production of documents that would be protected by virtue of a privilege or outside the scope of proper discovery.

**SIGNED AND ENTERED** this the ___ day of _____, 2002.


_____
U.S. DISTRICT JUDGE

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS
### BROWNSVILLE DIVISION

| | | |
|---|---|---|
| **RAMONA BARRERA AND DAVID BARRERA** | § | |
| | § | |
| | § | |
| **vs.** | § | **CIVIL ACTION NO.  B-02-080** |
| | § | |
| **BROWNSVILLE-VALLEY REGIONAL MEDICAL CENTER; COLUMBIA VALLEY HEALTHCARE SYSTEM, L.P.; VALLEY REGIONAL MEDICAL CENTER; HCA, INC., RICHARD L. FREMAUX, M.D.; AND FRANCIS M. GUMBEL, M.D.** | § § § § § § § § | **JURY** |

---

### ORDER SETTING HEARING

---

**IT IS ORDERED** that a hearing in the above-entitled and numbered cause on Defendant's

**MOTION TO QUASH PLAINTIFFS' NOTICE OF INTENT TO TAKE THE ORAL**

**DEPOSITION OF FRANCIS M. GUMBEL, M.D., AND MOTION FOR PROTECTIVE**

**ORDER** be, and the same is hereby set for the _____ day of _____, 2002, at

_____ o'clock, __.m., in the United States District Court Southern District of Texas, Brownsville

Division.

**SIGNED FOR ENTRY** this the ____ day of _____, 2002.


_____
**U.S. DISTRICT JUDGE**

Copies:
Ms. Carla M. Saenz, **Carla M. Saenz & Associates, P.L.L.C.**, 1325 Palm Blvd., Suite H, Brownsville, TX 78520
Mr. Timothy D. Riley, **Riley Law Firm**, P.O. Box 542179, Houston, TX 77254-2179
Mr. William Gault, **Brin & Brin, P.C.**, 1325 Palm Blvd., Suite A, Brownsville, TX 78520
Mr. J. Kevin Oncken, **Uzick & Oncken, P.C.**, 8200 IH-10 West, Ste. 208, San Antonio, TX 78230
Mr. Carlos Mattioli, **Shannon, Martin, Finkelstein & Sayre**, 909 Fannin, Ste 2400, Houston, TX 77010-1026
Mr. Scott Johnson, **Johnson, Hanan, Heron & Trout, P.C.**, 100 N. Broadway, Ste 2750, Oklahoma City, Oklahoma 73102

# EXHIBIT "A"

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

RAMONA BARRERA and
DAVID BARRERA

vs.                                                    CASE NUMBER B-02-080

BROWNSVILLE-VALLEY
REGIONAL MEDICAL
CENTER, ET AL.                                         JURY REQUESTED

### NOTICE OF DEPOSITIONS

TO:   Defendant Dr. Francis Gumbel, by and through his attorneys of record, Carla Saenz.

Pursuant to FED. R. CIV. PROC. 30(b)(6), the defendant as listed above is hereby compelled to appear for his deposition in this cause at the St. Charles Mediation Center, 515 E. St. Charles Street, Brownsville, Texas 78520, **on Wednesday, July 17, 2002, at 9:00 a.m., and continuing from day to day thereafter until completed. The deposition will be taken by a duly authorized court reporter, and will also be videotaped.**

The witness is hereby compelled, pursuant to FED. R. CIV. PROC. 30(b)(1), to produce under this *subpoena duces tecum* all the items, documents, or tangible things designated below at his deposition:

1.   Copies of any general nursing protocols in effect at Brownsville – Valley Regional Medical Center in February 2000.

2.   Copies of all documents reflecting the responsibility for ensuring the availability of supplies, such as stents, that may have reasonably been anticipated to be needed in the renal arterial catheterization laboratory in February 2000.

3.   Copies of all protocols reflecting the inspection of the renal arterial catheterization laboratory for necessary equipment in or around February 2000.

4.   All documents reflecting in any way the management or operation of the renal arterial catheterization laboratory at your facility in February 2000 through December 2000.

5.  All records concerning the actual inventory, including ordering, disposing, replacement, and/or use, of all equipment, including but not limited to stents, in the renal arterial catheterization laboratory from December 1999 through March 2000.

6.  The entire personnel file of every person who had responsibility for ensuring that the renal arterial catheterization laboratory was properly and adequately stocked with necessary supplies in January and February 2000.

7.  All incident or other reports concerning the complication sustained by Ramona Barrera during her renal arterial catheterization.

8.  Copies of all pre printed or pre written orders for renal arterial catheterization for Dr. Fremaux that were in effect in February 2000.

9.  Copies of lists of Brownsville - Valley Regional Medical Center approved abbreviations that were in effect on February 21, 2000.

10. Copies of the minutes of any Medical Staff Meeting during which plaintiffs' case was discussed.

11. Copies of the minutes of the Medical Staff Meeting immediately following the date of the incident alleged in plaintiffs' original petition.

12. Staffing schedules for the renal arterial catheterization laboratory and equipment supply departments on February 21, 2000.

13. All photographs or other tangible evidence which you may have in your possession or constructive possession which would in any way depict, reflect, or relate to any matters which may be in issue in this lawsuit, including but not limited to any surveillance photos of the plaintiffs, whether you plan to use same at trial or not.

14. All insurance policies or self-insurance plans covering the defendants for this lawsuit.

15. All documents reflecting the assumption of the defense of the defendant in this lawsuit by any insurer.

16. All "joint defense," "indemnity," or other type of cooperation agreement among the defendants, their counsel, or their insurers regarding this case.

17. All insurance rejection notices, "reservation of rights" letters, or "non-waiver agreements" from any insurer with respect to this claim.

18. All records regarding any claim paid on any policy that may cover this incident, which payment does or may reduce the available aggregate coverage for this claim.

19.   All insurance claim forms, correspondence, and telephone conversation notations concerning coverage for the defendant for the incident in issue.

20.   All statements and all recorded statements in your possession, care, custody, or control made by Ramona Barrera or David Barrera.

21.   All witness statements in connection with this case or the incident in issue.

22.   Any medical, business, or other records concerning the matters which give rise to this lawsuit, which you or your lawyers claim have been changed, deleted, altered, added, amended, or otherwise differ from the original records. If any records exist which fall within this request, the differing records should be separately indexed so that it is apparent which entries are claimed to differ from the originals.

23.   Any learned treatises, textbooks, or other reference materials which may be used by way of direct examination or cross-examination of any expert witness in this cause.

24.   All reports, notes, conclusions, opinions, telephone memoranda, or the like, preliminary or otherwise, of any consulting expert witness, on whose opinions, facts, or conclusions a testifying expert might rely, in whole or in part, with regard to the incident giving rise to the above-referenced action or with regard to the acts or omissions of the parties propounding this request for production, whether favorable or unfavorable.

25.   All reports, notes, conclusions, opinions, telephone memoranda, or the like, preliminary or otherwise, of any testifying expert witness with regard to the incident giving rise to the above-referenced action or with regard to the acts or omissions of the parties propounding this request for production, whether favorable or unfavorable.

26.   Any criminal convictions of Ramona Barrera or David Barrera, or any designated witness of the plaintiffs, if you intend to use same for impeachment purposes at trial or any hearing.

27.   All exhibits that the defendant may offer at the trial or any hearing of this case.

28.   Any investigation materials concerning the incident in issue.

Respectfully submitted,

RILEY LAW FIRM

Timothy D. Riley
State Bar No. 16931300
P. O. Box 542179
Houston, Texas 77254-2179

(713) 868-1717
(713) 868-9393 Fax
Attorney for Plaintiffs

## Certificate of Service

This is to certify that a true and correct copy of the foregoing was served on the following counsel, by telecopier, on July 1, 2002:

Carla M. Saenz
CARLA M. SAENZ & ASSOCIATES
1325 Palm Boulevard, Suite H
Brownsville, Texas 78520-7239
*Via Fax 956.541.2864*

William R. Gault
BRIN & BRIN, P.C.
1325 Palm Boulevard, Suite A
Brownsville, Texas 78520-7268
*Via Fax 956.544.0607*

J. Kevin Oncken
UZICK & ONCKEN, P.C.
8200 I-10 West, Suite 208
San Antonio, Texas 78230
*Via Fax 210.341.1570*

Carlos Mattioli
Shannon, Martin, Finkelstein & Sayre
909 Fannin, Suite 2400
Houston, Texas 77010
*Via Fax 713.752.0337*

Carlos Cisneros
Chuck Mattingly
CISNEROS & MATTINGLY
845 E. Harrison, Suite A
Brownsville, Texas 78520-7153
*Via Fax 956.504.5988*

Timothy D. Riley

*W:\CASES\Mp\M1\BARRA\Master Folder\Depo Notices\Hospital.doc*

# EXHIBIT "B"

# CARLA M. SAENZ & ASSOCIATES, P.L.L.C.
### A Professional Limited Liability Corporation

1325 PALM BLVD., SUITE H
BROWNSVILLE, TX 78520
(956) 541-2862
Fax (956)541-2864

CARLA M. SAENZ

July 3, 2002

*VIA FACSIMILE TRANSMITTAL*

Mr. Timothy D. Riley
**RILEY LAW FIRM**
P.O. Box 542179
Houston, TX 77254-2179

Re:    Cause No.: 2002-02-823-B; *Ramona Barrera and David Barrera vs. Brownsville - Valley Regional Medical Center; Columbia Valley Healthcare System, L.P; Valley Regional Medical Center; HCA, Inc.; Richard L. Fremaux, M.D., and Francis M. Gumbel, M.D.*; In the 138th Judicial District Court of Cameron County, Texas
       **Our File No. :        3600.021/30**

Dear Mr. Riley:

This is in response to our receipt of Plaintiffs' Notices for the Oral Depositions of Dr. Richard Fremaux, Dr. Francis Gumbel and a Representative of Valley Regional Medical Center for July 16, 17 and 19, 2002, respectively. Please be advised that while my office may have given you July 17, 2002, a date when Dr. Gumbel could be made available, that date is no longer available as I am now tied up in depositions and mediation on July 16, 17 and 19, 2002. Also, the subpoena duces tecum does not allow us 30 days to provide the documents.

As I recently told you, my office is obtaining other dates when Dr. Gumbel will be available.

Please let me know if you will agree to reset these depositions due to my unavailability. If I do not hear from you by Monday, July 8, 2002, at noon, I will have no other choice but to file a Motion to Quash and Protective Order.

Mr. Timothy D. Riley
**RILEY LAW FIRM**
July 3, 2002
Page -2-

_____

     Your anticipated cooperation to this matter would be greatly appreciated.

Sincerely,

**CARLA M. SAENZ & ASSOCIATES, P.L.L.C.**

By: _Carla Saenz Martinez_
     Carla M. Saenz Martinez

CMSM/ls

c.c.    Mr. J. Kevin Oncken          *Via Facsimile Transmittal*
        **Uzick & Oncken, P.C.**
        8200 I-10 West, Suite 208
        San Antonio, TX 78230

        Mr. William Gault           *Via Facsimile Transmittal*
        **Brin & Brin, P.C.**
        1325 Palm Blvd., Suite A
        Brownsville, TX 78520

        Mr. Carlos Mattioli        *Via Facsimile Transmittal*
        **Shannon, Martin, Finkelstein & Sayre**
        909 Fannin, Suite 2400
        Houston, TX 77010-1026

        Mr. Scott Johnson         *Via Facsimile Transmittal*
        **Johnson, Hanan, Heron & Trout, P.C.**
        100 N. Broadway, Suite 2750
        Oklahoma City, Oklahoma 73102

```
HP LASERJET 3150                              HOC BROADCAST REPORT FOR
PRINTER/FAX/COPIER/SCANNER                    CARLA M SAENZ AND ASSOCIATES
                                              5412864
                                              JUL-3-02  16:17
```

| JOB | PHONE NUMBER/ADDRESS | START TIME | PAGES | MODE | STATUS |
|-----|----------------------|------------|-------|------|--------|
| 532 | 17138689393............... | 7/ 3 16:05........ | 3/ 3 | BC ......... | COMPLETED.............................. |
| 532 | 12103411570............... | 7/ 3 16:06........ | 3/ 3 | BC ......... | COMPLETED.............................. |
| 532 | 5440607................... | 7/ 3 16:16........ | 3/ 3 | BC ......... | COMPLETED.............................. |
| 532 | 17137520337............... | 7/ 3 16:08........ | 3/ 3 | BC ......... | COMPLETED.............................. |
| 532 | 14052326105............... | 7/ 3 16:09........ | 3/ 3 | BC ......... | COMPLETED.............................. |

CARLA M. SAENZ & ASSOCIATES
A Professional Limited Liability Company

1325 PALM BLVD., SUITE H
BROWNSVILLE, TX 78520
(956) 541-3862
Fax (956)541-3864

CARLA M. SAENZ

# FAX COVER SHEET

To:     Mr. Tim Riley                    (751) 868-9393
        Riley Law Firm

        Mr. J. Kevin Oncken              (210) 341-1870
        Usick & Oncken, P.C.

        Mr. William B. Gault             (956) 544-0607
        Brin & Brin, P.C.

        Mr. Carlos Mattioli              (713) 752-0357
        Shannon, Martin, Finkelstein & Sayre

        Mr. Scott Johnson                (405) 232-6105
        Johnson, Hanan, Heron & Trout, P.C.

From:   Carla M. Saenz

Client/Matter:  Cause No. 2002-02-823-B; Ramona Barrera and David Barrera vs. Brownsville-Valley Regional Medical Center; Columbia Valley Healthcare System, L.P.; Valley Regional Medical Center; HCA, Inc., Richard L. Fremaux, M.D., and Francis M. Gumbel, M.D.

Date:   July 3, 2002

| DOCUMENTS AND/OR COMMENTS | NUMBER OF PAGES |
|---------------------------|-----------------|
| Letter of July 3, 2002    | 3               |

The information contained in and transmitted with this facsimile is subject to the attorney-client privilege, attorney work product, or confidential. It is intended only for the individual or entity designated above. Any distribution, copying, or use of or reliance upon the information contained in and transmitted with this facsimile by or to anyone other than the designated recipient by the sender is unauthorized and strictly prohibited. If you have received this facsimile in error, please notify the sender by telephone at (956) 541-3862, immediately. Any facsimile erroneously transmitted to you should be immediately returned to the sender by U.S. Mail, or if authorization is granted by the sender, destroyed.

IF ALL PAGES WERE NOT RECEIVED
PLEASE CONTACT ____Lori____ @ (956) 541-3862